

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JESSICA AVERTY          :

    v.               :          NO. 11-917

BROWN'S SUPERSTORE, INC. :

                      :

## JUDGMENT

BEFORE BARTLE, III, J.

       AND NOW, to wit, this 5TH day of May, 2011, It is ORDERED in accordance with BROWN'S SUPERSTORE, INC.'S Offer of Judgment and Plaintiffs acceptance pursuant to F.R.C.P. 68, Judgment is entered in favor of Plaintiff and against BROWN'S SUPERSTORE, INC. in the amount of $5,000.00 together with interest and costs.

                                  BY THE COURT:

                                  ATTEST:

                                  _____
                                  Deputy Clerk

judg